UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence J. O'Neill            **RE:  Consuelo Garza**
Chief United States District Judge              **Docket Number: 0972 1:13CR00287-001**
Fresno, California                                       **PERMISSION TO TRAVEL**
                                                                    **OUTSIDE THE COUNTRY**

Your Honor:

Consuelo Garza is requesting permission to travel to Culiacan, Sinaloa, Mexico. Consuelo Garza is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 14, 2013, Consuelo Garza was sentenced in the Southern District of California for the offense(s) of 21 USC 952, 960 – Importation of Marijuana.

**On July 23, 2013, jurisdiction was transferred to the Eastern District of California – Fresno.**

**Sentence Imposed:** 18 months Bureau of Prisons; 3 years Supervised Release; Mandatory drug testing waived; $100 Special Assessment. Special conditions included: No weapons; Search; Travel restrictions; Report all vehicles; Maintain employment or schooling; "The defendant may visit Mexico for 24 hours only for the first year. The probation officer may modify time limit after one year."

**Dates and Mode of Travel:** 7/16/2016 to 8/16/2016; Mode of Transportation - Bus

**Purpose:** To visit fiancée, Nieves Humberto Roman, he is diabetic and very sick.

**RE:     Consuelo Garza**
        **Docket Number:  0972 1:13CR00287-001**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                         Respectfully submitted,

                         /s/ Sarah L. Kirk

                         SARAH L. KIRK
                         United States Probation Officer


Dated:   June 28, 2016
         Fresno, California
         SLK/rmv

                         /s/ Tim D. Mechem
**REVIEWED BY:**         **TIM D. MECHEM**
                         **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved     ☐     Disapproved
                         IT IS SO ORDERED.

                         Dated:   **June 29, 2016**
                         **/s/ Lawrence J. O'Neill**
                                                                    UNITED
STATES CHIEF DISTRICT JUDGE

2